UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                              CASE No. 8:26-mj-1705-SPF

NICK GUADALUPE CRUZ-LOPEZ

_____

**O R D E R**

This cause came before the Court for a preliminary hearing on a criminal complaint charging the Threats against President and successors to the Presidency (Doc. 1). At the hearing, the Court heard testimony from United States Secret Service Special Agent Matthew Miller regarding the Defendant's alleged involvement in this offense. For the reasons stated by the Court at the conclusion of the hearing, the Court finds there is probable cause to believe that the Defendant committed the charged crime.

SO ORDERED in Tampa, Florida, this 3rd day of April 2026.

SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE